MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI·GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff
Jocelly Pivaral-Agreda and Ricardo Moreno

JEFFREY D. WOHL (Cal. State Bar No. 96838)
EMILY ERDMAN (Cal. State Bar No. 301462)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
emilyerdman@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOCELLY PIVARAL-AGREDA, and MAHAMMAD KHALIL,<br><br>Plaintiffs,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:17-CV-00976-MWF-JEM<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Dept.: 5A<br><br>Complaint Filed: November 15, 2016<br>Trial Date: August 21, 2018 |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: April 11, 2018.

                                      Hon. Michael W. Fitzgerald
                                      United States District Judge